UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20068-CIV-LENARD/TURNOFF

**UNITED STATES OF AMERICA**,

        Plaintiff,

vs.

**DAVON MCKENZIE**,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 36) AND DENYING DEFENDANT'S CORRECTED MOTION TO SUPPRESS (D.E. 20)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge William C. Turnoff ("Report," D.E. 36), issued on April 15, 2011. In his Report, Magistrate Judge Turnoff finds that Defendant Davon McKenzie's Corrected Motion to Suppress (D.E. 20), filed on March 4, 2011, is more in the nature of a motion in limine because it concerns evidentiary questions, not constitutional issues. The Report recommends that the Motion be denied without prejudice. The Report also provides that any objections may be filed within fourteen days of its receipt by the parties. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 36), issued on April 15, 2011, is

**ADOPTED.**

2. Defendant's Corrected Motion to Suppress (D.E. 20), filed on March 4, 2011, is DENIED without prejudice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of May, 2011.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**